

# Missouri Court of Appeals
## Southern District

**JUNE 25, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32928

      Re:    IN THE INTEREST OF R.T.R., Minor,
              GREENE COUNTY JUVENILE
              OFFICE, Petitioner-Respondent,
              vs.
              N.D.R.,
              Respondent-Appellant.